| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Hicks, Jr., S. Maurice | 2. Court or Organization U.S. District Co., Western La. | 3. Date of Report 08/25/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address U.S. Courthouse 300 Fannin St., Suite 5101 Shreveport, LA 71101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Lecturer | Centenary College of Louisiana |
| 2. Board of Directors Member | Children and Arthritis, Inc. (501(c) (3) organization) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/25/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2009 | Centenary College of Louisiana - Teaching | $2,500 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Paralegal services - self-employed |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS - *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/25/2010 |

**V. GIFTS.** *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citimortgage (was Hibernia National Bank) | Mortgage - Rental Property #1, Ruston, LA | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/25/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital One Bank Accounts | D | Interest | M | T | | | | | |
| 2. State Farm Life Insurance Co. Account | | None | | | Transfers throughout the year. | | | | |
| 3. Northwestern Mutual Life Insurance Co. Account | | None | | | Transfers throughout the year. | | | | |
| 4. Timber Land, Lincoln Parish, Louisiana - 1/1/96, $30,000 | | None | K | R | | | | | |
| 5. Left intentionally blank | | None | | | | | | | |
| 6. Rental Property #1, Ruston, LA - 07/03/01, $75,427 | A | Rent | L | R | | | | | |
| 7. Left intentionally blank | | None | | | | | | | |
| 8. Left intentionally blank | | None | | | | | | | |
| 9. IRA # 1 Capital One Money Fund | A | Interest | M | T | | | | | |
| 10. Left intentionally blank | | None | | | | | | | |
| 11. VAC Federal Credit Union | | None | | | Transfers throughout the year. | | | | |
| 12. Barksdale Federal Credit Union | A | Interest | K | T | | | | | |
| 13. Red River Syndicate I.P | A | Int./Div. | K | U | | | | | |
| 14. Left intentionally blank | | None | | | | | | | |
| 15. Janney, Montgomery Scott Brokerage Account - Cash | A | Interest | J | T | | | | | |
| 16. Left Intentionally blank | | None | | | | | | | |
| 17. Left intentionally blank | | None | | | | | | | |

1. Income Gain Codes:       A =$1,000 or less         B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000         E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000 H2 = More than $5,000,000
2. Value Codes              J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000       M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
(See Column C2)             U =Book Value             V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/25/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Left intentionally blank | | None | | | | | | | |
| 19. IRA #1 XTO Energy | A | Dividend | J | T | | | | | |
| 20. Left intentionally blank | | None | | | | | | | |
| 21. Left intentionally blank | | None | | | | | | | |
| 22. Left intentionally blank | | None | | | | | | | |
| 23. Left intentionally blank | | None | | | | | | | |
| 24. IRA #1 Entrada Networks | | None | J | T | | | | | |
| 25. IRA #1 Globalnet | | None | J | T | | | | | |
| 26. Left intentionally blank | | None | | | | | | | |
| 27. Vkipox-30 index | | None | | | Sold during 2008. | | | | |
| 28. Left intentionally blank | | None | | | | | | | |
| 29. Cabelas | | None | | | Sold during 2008. | | | | |
| 30. Future Link Coro | | None | | | Sold during 2008. | | | | |
| 31. Left intentionally blank | | None | | | | | | | |
| 32. Left intentionally blank | | None | | | | | | | |
| 33. Giant Studios | | None | J | T | | | | | |
| 34. IRA #2 Cpaital One Money Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/25/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Left intentionally blank | | None | | | | | | | |
| 36. Left intentionally blank | | None | | | | | | | |
| 37. Left intentionally blank | | None | | | | | | | |
| 38. Left intentionally blank | | None | | | | | | | |
| 39. Left intentionally blank | | None | | | | | | | |
| 40. Left intentionally blank | | None | | | | | | | |
| 41. Left intentionally blank | | None | | | | | | | |
| 42. Left intentionally blank | | None | | | | | | | |
| 43 Left intentionally blank | | None | | | | | | | |
| 44. Left intentionally blank | | None | | | | | | | |
| 45. Left intentionally blank | | None | | | | | | | |
| 46. Left intentionally blank | | None | | | | | | | |
| 47. Left intentionally blank | | None | | | | | | | |
| 48. Left intentionally blank | | None | | | | | | | |
| 49. Left intentionally blank | | None | | | | | | | |
| 50. Left intentionally blank | | None | | | | | | | |
| 51. Left intentionally blank | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C - $2,501 - $5,000 | D =$5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 - $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S = Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/25/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Left intentionally blank | | None | | | | | | | |
| 53. Left intentionally blank | | None | | | | | | | |
| 54. Left intentionally blank | | None | | | | | | | |
| 55. Left intentionally blank | | None | | | | | | | |
| 56. Left intentionally blank | | None | | | | | | | |
| 57. Left intentionally blank | | None | | | | | | | |
| 58. Left intentionally blank | | None | | | | | | | |
| 59. Left intentionally blank | | None | | | | | | | |
| 60. Left intentionally blank | | None | | | | | | | |
| 61. Left intentionally blank | | None | | | | | | | |
| 62. Left intentionally blank | | None | | | | | | | |
| 63. Sumamerica focused alpha Lrg | | None | | Sold during 2008. | | | | | |
| 64. Left intentionally blank | | None | | | | | | | |
| 65. Left intentionally blank | | None | | | | | | | |
| 66. Left intentionally blank | | None | | | | | | | |
| 67. Left intentionally blank | | None | | | | | | | |
| 68. Left intentionally blank | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/25/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Biosante Pharmaceutical | | None | J | T | | | | | |
| 70. FT Global Infran-Janney | A | Dividend | | | Redeemed | 09/02/09 | J | A | |
| 71. FT Greater Asia-Janney | A | Dividend | | | Redeemed | 09/17/09 | J | A | |
| 72. Kinetics Paradigm | A | Dividend | | | Sold | 01/13/09 | J | A | |
| 73. NYSE Group Inc | A | Dividend | | | Sold | 01/13/09 | J | A | |
| 74. VK Argus Trnarnd | | None | | | Sold during 2008. | | | | |
| 75. Left intentionally blank | | None | | | | | | | |
| 76. Left intentionally blank | | None | | | | | | | |
| 77. Left intentionally blank | | None | | | | | | | |
| 78. Left intentionally blank | | None | | | | | | | |
| 79. Left intentionally blank | | None | | | | | | | |
| 80. Left intentionally blank | | None | | | | | | | |
| 81. Left intentionally blank | | None | | | | | | | |
| 82. Left intentionally blank | | None | | | | | | | |
| 83. Left intentionally blank | | None | | | | | | | |
| 84. Left intentionally blank | | None | | | | | | | |
| 85. Left intentionally blank | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250, 0 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/25/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Left intentionally blank | | None | | | | | | | |
| 87. Left intentionally blank | | None | | | | | | | |
| 88. Left intentionally blank | | None | | | | | | | |
| 89. Left intentionally blank | | None | | | | | | | |
| 90. Left intentionally blank | | None | | | | | | | |
| 91. Left intentionally blank | | None | | | | | | | |
| 92. IRA #1 Dodge and Cox Int'l Stock Fd | A | Dividend | J | T | | | | | |
| 93. Left intentionally blank | | None | | | | | | | |
| 94. Left intentionally blank | | None | | | | | | | |
| 95. Left intentionally blank | | None | | | | | | | |
| 96. Left intentionally blank | | None | | | | | | | |
| 97. Left intentionally blank | | None | | | | | | | |
| 98. Left intentionally blank | | None | | | | | | | |
| 99. Left intentionally blank | | None | | | | | | | |
| 100. Left intentionally blank | | None | | | | | | | |
| 101. Left intentionally blank | | None | | | | | | | |
| 102. Left intentionally blank | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C = $2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/25/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Left intentionally blank | | None | | | | | | | |
| 104. Left intentionally blank | | None | | | | | | | |
| 105. Left intentionally blank | | None | | | | | | | |
| 106. Left intentionally blank | | None | | | | | | | |
| 107. Left intentionally blank | | None | | | | | | | |
| 108. Morgan Keegan cash | A | Int./Div. | J | T | | | | | |
| 109. Encana Corp-Janney | A | Dividend | J | T | | | | | |
| 110. XTO Energy | A | Dividend | | | Sold | 12/14/09 | J | A | |
| 111. Left intentionally blank | | None | | | | | | | |
| 112. Left intentionally blank | | None | | | | | | | |
| 113. Cubic Energy Inc | | None | J | T | | | | | |
| 114. Left intentionally blank | | None | | | | | | | |
| 115. Left intentionally blank | | None | | | | | | | |
| 116. Left intentionally blank | | None | | | | | | | |
| 117. IRA #3- Terra Nitrogen Co LP | A | Dividend | J | T | | | | | |
| 118. Left intentionally blank | | None | | | | | | | |
| 119. Left intentionally blank | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/25/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Left intentionally blank | | None | | | | | | | |
| 121. Left intentionally blank | | None | | | | | | | |
| 122. Left intentionally blank | | None | | | | | | | |
| 123. Left intentionally blank | | None | | | | | | | |
| 124. Left intentionally blank | | None | | | | | | | |
| 125. Left intentionally blank | | None | | | | | | | |
| 126. Left intentionally blank | | None | | | | | | | |
| 127. Left intentionally blank | | None | | | | | | | |
| 128. Left intentionally blank | | None | | | | | | | |
| 129. Left intentionally blank | | None | | | | | | | |
| 130. Left intentionall blank | | None | | | | | | | |
| 131. Left intentionally blank | | None | | | | | | | |
| 132. Left intentionally blank | | None | | | | | | | |
| 133. Left intentionally blank | | None | | | | | | | |
| 134. Left intentionally blank | | None | | | | | | | |
| 135. Left intentionally blank | | None | | | | | | | |
| 136. Left intentionally blank | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/25/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Left intentionally blank | | None | | | | | | | |
| 138. Left intentionally blank | | None | | | | | | | |
| 139. Scottrade Cash Acct. | A | Interest | K | T | | | | | |
| 140. Chesapeake Energy-Janney Acct. | A | Dividend | J | T | | | | | |
| 141. Petrohawk Energy-Janney Acct. | | None | K | T | | | | | |
| 142. Left intentionally blank | | None | | | | | | | |
| 143. Left intentionally blank | | None | | | | | | | |
| 144. Left intentionally blank | | None | | | | | | | |
| 145. Left intentionally blank | | None | | | | | | | |
| 146. Canadian Oil Snds- Scottrade | A | Dividend | J | T | Buy | 06/01/09 | J | | |
| 147. Cree Research, Inc- Scottrade | | None | | | Buy Sold | 04/09/09 6/11/09 | J J | A | |
| 148. Eagle Rock Energy- Scottrade | | None | J | T | Buy | 12/21/09 | J | | |
| 149. Encana Corp-Scottrade | A | Dividend | J | T | Buy | 04/09/09 | J | | |
| 150. General Electric-Scottrade | | None | | | Buy Sold | 04/24/09 6/11/09 | J J | A | |
| 151. Goodrich Pete Corp- Scottrade | | None | | | Buy Sold | 06/01/09 11/19/09 | J J | A | |
| 152. Pacific Asia Petro- Scottrade | | None | J | T (PAP) | Buy Sold | 08/03/09 12/8/09 | J J | A | |
| 153. Petrohawk Energy Corp- Scottrade | | None | | | Buy Sold | 04/09/09 11/19/09 | J J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Code: | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/25/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. XTO Energy- Scottrade | A | Dividend | | | Buy **Sold** | 06/11/09 1**2/4/09** | J **J** | A | |
| 155. IRA #2 American Superconductors | | None | J | T | Buy | 12/03/09 | J | | |
| 156. IRA #2 Encana | | None | K | T | Buy | 12/27/09 | K | | |
| 157. IRA #2 National Fuel Gas | | None | J | T | Buy | 11/23/09 | J | | |
| 158. IRA #2 Pacific Asia Petroleum | | None | J | T | Buy | 08/04/09 | J | | |
| 159. IRA #2 Smartheat Inc | | None | J | T | Buy | 12/02/09 | J | | |
| 160. IRA #2 Stericycle | | None | J | T | Buy | 12/03/09 | J | | |
| 161. IRA #2 Teck Corp Ltd | | None | J | T | Buy | 11/05/09 | J | | |
| 162. IRA #2 Eagle Rock Energy Partners | | None | J | T | Buy | 12/24/09 | J | | |
| 163. IRA #2 Kinder Morgan Partners | | None | J | T | Buy | 12/03/09 | J | | |
| 164. IRA #1 FHLMC CMO Series 3334 | | None | J | T | Buy | 03/04/09 | J | | |
| 165. IRA #1 GNMA CMO Series 2009-108 | | None | J | T | Buy | 11/30/09 | K | | |
| 166. Cenovus Energy-Janney | A | Dividend | J | T | Spinoff (from line 109) | | | | |
| 167. DB Crde Oil DBL-Janney | | None | | | Buy **Sold** | 01/13/09 **7/2/09** | J **J** | B | |
| 168. GMX Resources- Janney | | None | J | T | Buy | 07/02/09 | J | | |
| 169. Rigel Pharmaceutical-Janney | | None | J | T | Buy | 09/11/09 | J | | |
| 170. Biomass Resources- Janney | | None | J | T | **Sold during 2008.** | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 = More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/25/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Rental Property #2, New Orleans, LA 1/1/09 $55,000 | A | Rent | L | R | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/25/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

166. Cenovus Energy, Inc: A split from Encana Corp.

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/25/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544